UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X   Chapter 13
IN RE:                                                                              Case No. 1-19-41508-ess

LIMANE HOUANCHE,

                                         Debtor.
--------------------------------------------------------X

## ORDER REDUCING CLAIM NUMBER 6 FILED BY
## NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE

UPON the January 28, 2021 written application of Nathan Z. Kaufman, staff attorney for Marianne DeRosa, Chapter 13 Trustee (the "Trustee"), seeking entry of an Order reducing the allowed amount of the proof of claim filed by New York State Department of Taxation & Finance and due notice of the aforesaid application having been given to all necessary parties; and

WHEREAS, on March 8, 2021, the Trustee appeared in support thereof and no one appeared on behalf of the Creditor, New York State Department of Taxation & Finance; and

WHEREAS, the Court having reviewed the moving papers and determined the proof of claim filed by New York State Department of Taxation & Finance is a late claim to the extent that the claim is for pre-petition tax arrears, in that it was filed after the passage of the bar date; and

WHEREAS, the foregoing constitutes cause for reducing the claim filed by **New York State Department of Taxation & Finance**; it is accordingly

ORDERED, that the claim filed by New York State Department of Taxation & Finance, docketed by the Court as Claim Number 6, in the amount of $6,480.00 is reduced to the amount of $2,251.00.



**Dated: Brooklyn, New York**
       **March 12, 2021**

                                                                   **Elizabeth S. Stong**
                                                        **United States Bankruptcy Judge**