UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X           Hon. Elizabeth S. Stong
In re: Limane Houanche
                                                  Debtor
---------------------------------------------------------------X

       The debtor had retained Vivek Suri as her counsel for the above referenced case. As part of the compensation of the attorney, for the legal serviced provided the debtor had agreed to pay $9,500.00. This amount was previously paid to the attorney.

       Form B2030 Amended Disclosure of Compensation of Attorney for Debtor filed as ECF Doc # 79 on October 19, 2020, stated that the compensation was for: Rendering of legal service for all aspects of the bankruptcy case, including: (a). Analysis of the debtor' s financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy; (b). Preparation and filing of any petition, schedules, statements of affairs and plan which may be required; (c). Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof.

       Form B2030 also stated that "the above-disclosed fee does not include the following Suggestions of bankruptcy in other litigations such as collection of debts. Attorney's help in negotiating with any creditors, resisting any objections filed by creditors or negotiating reaffirmation agreements or avoiding liens or attending depositions, meetings examination or meetings required beyond the first meeting of creditors. Any adversary proceedings. Any amendments filed with the Court other than normal amendments."

       The retainer agreement between the debtor and attorney also had the same language regarding the compensation of the debtor's counsel.

       Due to this the debtor's counsel will be owed additional legal fees in the amount of $9,250.00 for the extra work performed by the attorney in association with the amendment of the

Chapter 13 Plan. This additional fee is added in paragraph 4.4 of the amended Chapter 13 Plan.

Please let me know if you have any questions.

Dated:  New York, New York
        April 4, 2022

/s/ Vivek Suri
Vivek Suri, Esq.