**Fill in this information to identify the case:**

Debtor 1   Limane Houanche

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of NEW YORK

Case number 1-19-41508-ess

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER          **Court claim no**. (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 5530

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|   | **Description** | **Date Incurred** |   | **Amount** |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorney fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Proof of Claim 410A | 3/28/2019 | (11) | $250.00 |
| 12 | Other. Specify: Plan Review | 3/30/2019 | (12) | $300.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Limane Houanche</u>　　　　　　　　　　　Case number *(if known)* <u>1-19-41508-ess</u>
　　　　　Print Name　Middle Name　Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ ____/s/ Erin Elam_____　　Date ___**5/21/2019**_____
　　Signature

Print　　____**Erin Elam**_____　　Title　Bankruptcy Attorney
　　　　　First Name　　Middle Name　　Last Name

Company　RAS Crane, LLC

Address　10700 Abbott's Bridge Road, Suite 170
　　　　　Number　　Street

　　　　　Duluth, GA 30097
　　　　　City　　　　　　　　　　　　State　ZIP Code

Contact Phone　470-321-7112　　　　　　　　　　　　　　Email　eelam@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____August 2, 2019_____ , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

VIVEK SURI
20 VESEY STREET
SUITE 300
NEW YORK, NY 10007

LIMANE HOUANCHE
218-19 131ST AVENUE
SPRINGFIELD GARDENS, NY 11413

MARIANNE DEROSA
OFFICE OF THE CHAPTER 13 TRUSTEE
100 JERICHO QUADRANGLE
SUITE 127
JERICHO, NY 11753

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN OFFICE)
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

    RAS Crane, LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

By: __/s/ Alexis Van Zilen_____
    Alexis Van Zilen
    avzilen@rascrane.com

| Vendor Address: | Bonial & Associates, PC | Regarding: | LIMANE HOUANCHE | Invoice Number: | |
|---|---|---|---|---|---|
| | P.O. BOX 734387 | | 1317 LANVALE ST | Invoice Status: | Check Confirmed |
| | Dallas, TX 75373-4387 | | BALTIMORE, MD 21217 | | |
| Payee Code: | 61BUCKM | | | Loan No.: | |
| Vendor Contact: | Christon Darnell | | | Loan Type: | Conventional |
| Vendor Ref #: | | | | Acquistion Date: | |
| Servicer: | Nationstar Mortgage - (NATSTAR) | | | | |
| Inv. ID / Cat. ID | DGN | | | Referral Date: | 3/27/2019 |
| Investor Name | | | | Loan Location: | |
| Outsource Firm: | LPS Default Solutions | | | | |
| Litigation Status Code: | | | | | |
| Man Code: | | | | BK Case No: | 19-41508 |
| | | | | Submitted Date: | 4/4/2019 |
| | | | | Vendor Invoice Date: | 4/4/2019 |
| | | | | Paid In Full Date: | N/A |
| | | | | Foreclosure Removal Date: | N/A |
| | | | | MS Status: | N/A |
| | | | | Relief Requested Date: | N/A |
| | | | | Protection Begin Date: | N/A |
| | | | | Protection End Date: | N/A |

Original Mortgage Amount: $0.00

**Bankruptcy - Bankruptcy Services - Chapter 13**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | O/S Recommend Approval | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|---|
| 04/04/2019 | 04/05/2019 | 04/05/2019 | | 04/05/2019 | 04/05/2019 | 04/05/2019 | 04/08/2019 | 2 |

Dept Comments Line Items Exceptions Edit Summary Adj. Summary Chronology Quote Service Request Guideline Invoice Mapping History Payments Reconciliation

| Fees | Total: | $250.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|
| Costs | Total: | $0.00 | LoanSphere Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: | |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |

| Totals | Inv Amt: | $250.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: | $605.00 | Exc Ord Allw: | |

### Fees

| Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|
| Attorney Fees | Bankruptcy Fee | | | 03/28/19 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| Note: Recoverable: Proof of Claim Loan Payment History (410A) | | | | | | | | | |
| | | | | | Total: | | $250.00 | $0.00 | $250.00 |
| | | | | | Invoice Total: | | $250.00 | $0.00 | $250.00 |

| | | | |
|---|---|---|---|
| **Vendor** | Bonial & Associates, PC | **Regarding:** | **Invoice Number:** |
| **Address:** | P.O. BOX 734387 | LIMANE HOUANCHE | **Invoice Status:** Check Confirmed (Exc) |
| | Dallas, TX 75373-4387 | 1317 LANVALE ST | |
| **Payee Code:** | 61BUCKM | BALTIMORE, MD 21217 | **Loan No.:** |
| **Vendor Contact:** | Christon Darnell | | **Loan Type:** Conventional |
| **Vendor Ref #:** | | | **Acquistion Date:** |
| **Servicer:** | Nationstar Mortgage - (NATSTAR) | | |
| **Inv. ID / Cat. ID** | DGN | | **Referral Date:** 3/21/2019 |
| **Investor Name** | | | |
| **Outsource Firm:** | LPS Default Solutions | | **Loan Location:** |
| **Litigation Status Code:** | | | |
| **Man Code:** | | | **BK Case No:** 19-41508 |
| | | | **Submitted Date:** 4/5/2019 |
| | | | **Vendor Invoice Date:** 4/5/2019 |
| | | | **Paid In Full Date:** N/A |
| | | | **Foreclosure Removal Date:** N/A |
| | | | **MS Status:** N/A |
| | | | **Relief Requested Date:** N/A |
| | | | **Protection Begin Date:** N/A |
| | | | **Protection End Date:** N/A |

**Original Mortgage Amount:** $0.00

**Bankruptcy - Bankruptcy Services - Chapter 13**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | O/S Recommend Approval | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|---|

